

SHERIFF

RICHARD A. RAMSAY, SHERIFF OF MONROE COUNTY
5525 COLLEGE ROAD, KEY WEST, FL 33040

MIAMI FL 330
30 SEP 2025 PM 4 L

FIRST-CLASS

US POSTAGE (M) PITNEY BOWES

ZIP 33040
02 7H
0006160111    $ 001.03⁰
SEP 29 2025

CHRISTOPHER AMBROSE
153 MIDDLE BEACH RD
MADISON, CT. 06443

3 of 3

06443-313953